# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED
08 FEB 21 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cr DEPUTY

November 29, 2007

Office of the Clerk, United States District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: Bobby Darrell Jones v. California Youth Authority, Case No. 07-CV-2182-L (PCL)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/ M. Jenkins
M. Jenkins, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF 1-28-08
AND ASSIGNED CASE NUMBER EDCV08-108 (AN)

CLERK, U.S. DISTRICT COURT

By: C. Sawyer, Deputy